JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LAUREN BARKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 to 25, Inclusive,<br><br>Defendants. | **CASE NO. 8:21-cv-00415-DOC-JDE**<br><br>Judge: Hon. David O. Carter<br>Dept.: 9D<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**<br><br>State Action Filed: Sept. 28, 2020 |

Having considered the stipulation between Plaintiff LAUREN BARKER and Defendant TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that this matter is hereby remanded to the Superior Court of California, County of Orange, due to an insufficient showing of damages to meet the $75,000.00 jurisdictional requirement as defined in 28 U.S.C §1332(a).

Dated: June 11, 2021

_David O. Carter_
Hon. David O. Carter
United States District Judge